In the Matter of SIDNEY M. WITTNER, an Attorney, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued May 24, 1943; decided July 20, 1943.

*I. Maurice Wormser, Samuel Bader* and *Lloyd Paul Stryker* for appellant.

*Einar Chrystie* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEHMAN, Ch. J.